B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re   Gerard R Millette, Sr.                                    Case No. 12-41285
         Donna M Millette

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Ditech Financial LLC** | **CITIMORTGAGE, INC.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 3-1 |
| | Amount of Claim: $143,528.72 |
| | Date Claim Filed: 5/4/2012 |
| **Ditech Financial LLC** | **CITIMORTGAGE, INC.** |
| **P.O. Box 6154** | **P.O. Box 6030 Sioux Falls, SD** |
| **Rapid City, SD 57709-6154** | **57117-6030** |
| Phone: 888-298-7785 | Phone: (866)613-5636 |
| Last Four Digits of Acct #: 1917 | Last Four Digits of Acct. #: 0985 |
| Name and Address where transferee payments should be sent (if different from above): | |
| **Ditech Financial LLC** | |
| **P.O. Box 0049** | |
| **Palatine, IL 60055-0049** | |
| Phone: 888-298-7785 | |
| Last Four Digits of Acct #: 1917 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____   Date: 10/28/16
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.