Certificate Number: 01401-MA-DE-018091718

Bankruptcy Case Number: 12-41285



01401-MA-DE-018091718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2012, at 11:17 o'clock AM EDT, Gerard R Millette,Sr completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   May 4, 2012         By:   /s/Candy Wright

                            Name: Candy Wright

                            Title: Counselor

Certificate Number: 01401-MA-DE-018096665

Bankruptcy Case Number: 12-41285



01401-MA-DE-018096665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2012, at 8:23 o'clock PM EDT, Donna M Millette completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   May 4, 2012              By:    /s/Candy Wright

                                 Name:  Candy Wright

                                 Title: Counselor